UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ORLANDO MEDEIROS, individually and on behalf of a class similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LENOVO (UNITED STATES), Inc. )<br>)<br>Defendant. ) | C.A. No. 1:15-cv-10261-LTS<br><br>[Request for Oral Argument] |

### MOTION OF THE DEFENDANT LENOVO (UNITED STATES), INC. TO DISMISS THE PLAINTIFF ORLANDO MEDEIROS' CLASS ACTION COMPLAINT

Defendant Lenovo (United States), Inc., ("Lenovo"), pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, respectfully requests this Court to dismiss Plaintiff Orlando Medeiros' ("Medeiros") Class Action Complaint for failure to state a claim upon which relief can be granted. In further support of this Motion, Lenovo relies on its Memorandum in Support, which is filed herewith and incorporated herein by reference in its entirety.

WHEREFORE, Lenovo respectfully requests that the Court dismiss all counts contained in Plaintiff Orlando Medeiros' Class Action Complaint.

///

///

///

///

///

///

1

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendant Lenovo (United States), Inc., believes that an oral argument will assist the Court and hereby requests an oral argument on this Motion.

Respectfully submitted,

Dated: March 30, 2015

LENOVO (UNITED STATES), INC.
*By its attorneys,*


*/s/ Walead Esmail*
Walead Esmail (BBO# 666347)
wesmail@dykema.com
Daniel Stephenson (appearing *pro hac vice*)
DYKEMA GOSSETT LLP
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent all those non-registered participants on March 30, 2015.

*/s/ Walead Esmail*_____
Walead Esmail

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

I hereby certify that I conferred with counsel for Plaintiff prior to the filing of this Motion in a good faith effort to resolve or narrow the issues in this Motion. We were unable to resolve or narrow the issues in this motion.

*/s/ Walead Esmail*_____
Walead Esmail